UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                              )
                                    )
DARIN LEE BROKERING,                )    CASE NO.   18-00532-JMC-13
                                    )
DEBTOR(S)                           )
                                    )

**TRUSTEE'S OBJECTION TO CONFIRMATION**

Comes now John M. Hauber, Trustee herein, and objects to the Plan for the following reason(s):

1. **The plan fails to provide all the debtor's projected disposable income as required by §1325(b)(1)(B). Per the pay advices provided, the debtor's income is understated by net $660.00 per month on the Amended Schedule I, plus, $1,350.00 in bonus income is not offered.**

2. **The plan is not funded. While the plan offers $181,740.00 "or until all allowed claims are paid in full," the plan base is not sufficient to even pay administrative, secured and priority claims. Further, the Means Test requires a 100% repayment to unsecured creditors. A minimum funding of $203,640.00 is needed to pay all allowed claims in full.**

WHEREFORE, your Trustee requests that this matter be set for hearing.

Respectfully submitted,

Date:  12/21/18

      /s/ John M. Hauber
John M. Hauber, Trustee
320 N. Meridian Street, Suite 200
Indianapolis, IN  46204
(317) 636-1062

CERTIFICATE OF SERVICE

I do hereby certify that on December 21, 2018 a copy of the foregoing Trustee's Objection was filed electronically, or by US First-Class mail, postage prepaid and properly addressed to the following:

Debtors' Attorney
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

Darin Lee Brokering
1954 W 850 S
Flat Rock, IN 47234-9777


    /s/ John M. Hauber