# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DARIN LEE BROKERING | | |
| **Case Number:** | 18-00532-JMC-13 | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 15, 2019 01:00 PM   IP 325 | | |
| **Bankruptcy Judge:** | JAMES M. CARR | | |
| **Courtroom Clerk:** | HEATHER BUTLER | | |
| **Reporter / ECR:** | HEATHER BUTLER | | |

### *Matter:*

1) Hearing on Trustee's Motion to Dismiss and Debtor's Objection thereto [36], [37]
   **R / M #:**   0 / 0
   **VACATED:  Motion withdrawn 12/20/18**

2) Hearing on Trustee's Objection to Confirmation of Amended Plan [39], [45]
   **R / M #:**   0 / 0

### *Appearances:*

MOLLY MILLER, TRUSTEE

### *Proceedings:*

(1) VACATED: Motion withdrawn 12/20/18
(2) Disposition:  Hearing held.  Objection sustained.  Agreed modification to plan to be filed within 30 days.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**